**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: Jan. 24 2014
START: 12:15 p.m.
END: 12:30 pm

DOCKET NO: 13-CV-5583 (ARR)

CASE: Bobb v. Philipose, et al.

☑ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Gabriel Harvis

FOR DEFENDANT: Vicki Zgoday

__FACT__ DISCOVERY TO BE COMPLETED BY July 25, 2014
☑ NEXT settlement CONFERENCE SCHEDULED FOR May 8, 2014 at 10:30 AM
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
___ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures are complete. Pleadings may be amended and new parties added until March 24, 2014. The scheduling of expert discovery and dispositive motions is deferred until the settlement conference.